1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>          Plaintiff,<br><br>     v.<br><br>KIA MOTORS AMERICA, INC. AND TRANS UNION LLC,<br><br>          Defendants. | Case No.: 3:16-cv-01787-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT TRANSUNION**<br><br>[Docket No. 11] |

    Plaintiff Marissa Glover and Defendant TransUnion LLC have filed a Joint Motion to dismiss Defendant TransUnion without prejudice and with each party to bear its own costs and attorneys' fees. The Joint Motion is **GRANTED** and this action is dismissed as to TransUnion.

    **IT IS SO ORDERED.**

Dated: August 29, 2016

_____
Hon. Roger T. Benitez
United States District Judge